No. 8592. PETER J. HARTMAN, PLAINTIFF AND RESPONDENT, *v.* ED KING and H. SILVER, DEFENDANTS AND APPELLANTS.

Decided June 26, 1945.

Pursuant to stipulation, it is hereby ordered that the appeal in this cause be dismissed.

For Appellant, *Mr. Edwin T. Irvine,* of Philipsburg, Montana; *Mr. Donovan Worden,* of Missoula, Montana.

For Respondent, *Mr· Sherman W. Smith,* of Helena, Montana.